United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO ALBERTO OLGUIN ZAPATA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-1689 |
| | § | |
| WARDEN, MONTGOMERY | § | |
| PROCESSING CENTER, *et al.* | § | |
| | § | |
| Respondents. | § | |

## **ORDER OF DISMISSAL**

Petitioner Mario Alberto Olguin Zapata filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1).  The Court entered an order to answer and to show cause (Dkt. 4).  The respondents then filed a response (Dkt. 6) stating that the petitioner was removed from the United States on March 11, 2026, before the order to answer was entered.

Because the petitioner is no longer in the respondents' custody, this habeas action is **DISMISSED as moot**.  All pending motions, if any, are **DENIED as moot**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____May 28_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE